## People of State of Illinois et al., Defendants in Error, v. Lucy Hinton et al., Plaintiffs in Error.

### Gen. No. 9,508.

opinion filed October 25, 1946; rehearing denied December 28, 1946; released for publication December 30, 1946. Philip J. Schlagenhauf and Arthur Goldblatt, for plaintiffs in error; John T. Reardon, State's Attorney, and Harold W. Lewis and Wilson & Schmiedeskamp, for defendants in error; William J. Dieterich, Assistant State's Attorney, of counsel. Opinion by JUSTICE HAYES. Not to be published in full.